"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>MARCELO MACIAS-ALEJO,<br>                        Defendant. | Case No.: SA08-426M-2<br><br>ORDER OF DETENTION |

**I.**

A.  (X)  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1    B.    (X)    On motion by the Government/( ) on Court's own motion, in a case
2                       allegedly involving:
3          (X)    On the further allegation by the Government of:
4                1.    (X)    a serious risk that the defendant will flee.
5                2.    ( )    a serious risk that the defendant will:
6                     a.    ( )    obstruct or attempt to obstruct justice.
7                     b.    ( )    threaten, injure or intimidate a prospective witness or
8                     juror, or attempt to do so.
9    C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10        condition or combination of conditions will reasonably assure the defendant's
11        appearance as required and the safety or any person or the community.
12
13                                       **II.**
14    A.    (X)    The Court finds that no condition or combination of conditions will
15                  reasonably assure:
16          1.    (X)    the appearance of the defendant as required.
17                  (X)    and/or
18          2.    (X)    the safety of any person or the community.
19    B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence
20                  to the contrary the presumption provided by statute.
21
22                                       **III.**
23        The Court has considered:
24    A.    (X)    the nature and circumstances of the offense(s) charged, including whether
25                  the offense is a crime of violence, a Federal crime of terrorism, or involves
26                  a minor victim or a controlled substance, firearm, explosive, or destructive
27                  device;
28    B.    (X)    the weight of evidence against the defendant;

1    C.    (X)    the history and characteristics of the defendant; and

2    D.    (X)    the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk: Defendant's lack of sufficient bail resources, his undocumented status, his lack of strong ties to the local community;.

B.    (X)    As to danger: The nature of the charged offense and his criminal history.

**VI.**

A.    ( )    The Court finds that a serious risk exists the defendant will:
     1.    ( )    obstruct or attempt to obstruct justice.
     2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VI.**

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1  extent practicable, from persons awaiting or serving sentences or being held in
2  custody pending appeal.
3  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
4  opportunity for private consultation with counsel.
5  D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6  request of any attorney for the Government, the person in charge of the
7  corrections facility in which defendant is confined deliver the defendant to a
8  United States marshal for the purpose of an appearance in connection with a court
9  proceeding.

DATED: August 13, 2008

_____/s/_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE